Filing # 140267023 E-Filed 12/13/2021 03:03:40 PM

IN THE CIRCUIT COURT FOR THE
SEVENTH JUDICIAL CIRCUIT,
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.: 2021-31264 CICI
DIVISION: 32 - Jolley

LYDIA LEBRON,

Plaintiff,

vs.

CIRCLE K STORES, INC.,

Defendant.

_____________________________________/

**PLAINTIFF, LYDIA LEBRON's NOTICE OF SERVICE OF ANSWERS TO DEFENDANT'S INTERROGATORIES**

COMES NOW, the Plaintiff, LYDIA LEBRON, by and through her undersigned counsel, hereby files this Notice that the original Verified Answers to Defendant, CIRCLE K STORES, Interrogatories, numbered 1 through 22 propounded on the Plaintiff on November 2, 2021, were furnished via electronic mail to: Robert Stoler, Esquire at rstoler@stolerrussell.com and ebeynon@stolerrussell.com on this 13th day of December

RUE & ZIFFRA

_____________________________

Edward S. Rue, Esquire
632 Dunlawton Avenue
Port Orange, FL 32127
(386) 788-7700
FBN: 0023232
Attorney for Plaintiff
Edr@rueziffra.com – Primary
Nicholen@rueziffra.com – Secondary



IN THE CIRCUIT COURT FOR THE SEVENTH JUDICIAL CIRCUIT,
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.: 2021-31264 CICI
DIVISION: 32 - Jolley

LYDIA LEBRON,

Plaintiff,

vs.

CIRCLE K STORES, INC.,

Defendant.

_______________________________________/

**PLAINTIFF, LYDIA LEBRON'S ANSWERS TO INTERROGATORIES**

1. What is your name, address and, if you are answering for someone else, your official position?

   **ANSWER: Lydia Lebron, with the assistance of my daughter Elaine Velez, who is also my power of attorney and my attorney Edward S. Rue.**

2. Describe in detail, each act or omission on the part of Defendant you contend constituted negligence that was a contributing legal cause of the incident in question.

   **ANSWER: I slipped and fell on water on the floor of the ladies' bathroom at Circle K. There was dirt and footprints in the water. It looked like it had been there for some time. Circle K should have cleaned up the water.**

3. List the names and addresses of all persons who are believed or known by you, your agentsor attorneys to have any knowledge concerning any of the issues raised by the pleadings and specify the subject matter about which the witness has knowledge.

   **ANSWER: All parties to this accident, my daughter, Elaine Velez, my stepson Danny Lebron, Sr., the employees working at Circle K on the date of this accident, their attorneys, and my treating physicians.**

   **Elaine Velez**
   [redacted]

**Stepson – Danny Lebron, Sr.**
[redacted]

4. List the name, residence address, business address and telephone number of each person believed or known by you, your agents or attorneys to have heard or who is purported to have heard the Defendant or any agent or representative of said Defendant, make any statement, remark or comment concerning the incident described in the Complaint and the substance of each statement, remark or comment.

**ANSWER: The employees at Circle K however I do not know their names, nor does my attorney.**

5. Were you suffering from physical infirmity, disability or sickness at the time of the occurrence of the incident described in the Complaint? If so, what was the nature of the infirmity, disability or sickness?

**ANSWER: No**

6. Did you consume any alcoholic beverages or take any drugs or medications within 12 hoursbefore the occurrence of the incident described in the Complaint? If so, what type and number of alcoholic beverages, drugs or medication were consumed and where did you consume them?

**ANSWER: No**

7. Have you ever been convicted of a crime? If so, what was the date and place of conviction?

**ANSWER: No**

8. Describe in detail how the incident happened, including all actions taken by you to preventthe incident.

**ANSWER: I went to use the restroom when we stopped at Circle K. I slipped and fell on water in the bathroom, and I hit my head on the toilet paper holder. Both my daughter and I noticed that the water on the floor had dirt tracks in it and around it. After my fall, the store employee came in and mopped up the water while we were still there.**

9. List each item of expense that you claim to have incurred as a result of the injuries sued onin this action, giving for each item the date incurred, to whom owed or paid and the goodsor services for which each was incurred.

**ANSWER:**

| | | |
|---|---|---|
| **Halifax Medical Center Pt Orange** [redacted] | 10/13/2020 | $13,427.00 |
| **Halifax ER Physicians** [redacted] | 10/13/2020 | $650.00 |
| **Radiology Associates** [redacted] | 10/13/2020 | $570.00 |
| **Halifax Medical Center Pt Orange** [redacted] | 10/15/2020 10/22/2020 | $56,235.80 |
| **Halifax ER Physicians** [redacted] ACCT. # Unknown | 10/15/2020 10/22/2020 | $2,424.00 |
| **Radiology Associates** [redacted] ACCT. # Unknown | 10/15/2020 10/22/2020 | $1,187.00 |
| **Halifax Medical Center Pt Orange** [redacted] | 11/5/2020 11/13/2020 | $80,777.80 |
| **Halifax ER Physicians** [redacted] ACCT. # Unknown | 11/5/2020 11/13/2020 | $2,773.00 |
| **Radiology Associates** [redacted] ACCT. # Unknown | 11/5/2020 11/13/2020 | $561.00 |
| **Halifax/Brooks** [redacted] | 11/13/2020 11/24/2020 | $43,723.00 |
| **Halifax ER Physicians** [redacted] ACCT. # Unknown | 11/13/2020 11/24/2020 | $1,303.00 |
| **Radiology Associates** [redacted] ACCT. # Unknown | 11/13/2020 11/24/2020 | $270.00 |
| **Halifax Anesthesiology** | | |

| | | |
|---|---|---|
| ACCT. # Unknown | | $0.00 |
| **Halifax Pathology** | 10/13/2020 | $217.94 |
| **Ormond Medical Arts**<br>ACCT. #: Unknown | | $0.00 |
| **Integrated Home Care Services**<br>ACCT. # Unknown | | $0.00 |
| **Port Orange Nursing & Rehab**<br>ACCT. # Unknown | 10/22/2020<br>10/30/2020 | $4,106.47 |
| **Excellence Health/Dr Eddin** | 10/23/2020-<br>10/30/2020 | $732.34 |
| **UF Health Physicians**<br>A | 10/16/2020<br>10/17/2020 | $506.00 |
| **Twin Lakes Imaging**<br>CT head/brain | 1/31/2021 | $840.00 |
| **Greystone Home Health** | 11/2/2020-<br>12/15/2020 | $1,340.00 |
| **Halifax** | 12/10/2020<br>12/31/2020 | $356.00 |
| **Halifax Physicians** | 12/10/2020<br>12/31/2020 | $279.00 |
| **Halifax** | 1/15/2021 | $178.00 |
| **Halifax Physicians** | 1/15/2021 | $113.00 |
| **Halifax** | 2/1/2021 | $0.00 |
| **Halifax Physicians** | 2/1/2021 | $113.00 |
| **Halifax** | 2/22/2021 | $0.00 |

| | | |
|---|---|---|
| **Halifax Physicians** [redacted] | 2/22/2021 | $113.00 |
| **Halifax** [redacted] | 3/16/2021 | $178.00 |
| **Halifax Physicians** [redacted] | 3/16/2021 | $113.00 |
| **Halifax** [redacted] | 4/13/2021 | $178.00 |
| **Halifax Physicians** [redacted] | 4/13/2021 | $113.00 |

10. Do you contend that you have lost any form of compensation as a result of the injuries sued on in this action? If so, what was the amount lost, the period during which it was lost, thenature of the compensation and the method that you used in computing the amount?

**ANSWER: No.**

11. Have any benefits been paid or are any payable for the expenses listed in your answers to interrogatories 9 and 10 above? If so, which expenses are covered by insurance, what typeof insurance and who paid the premium for the insurance?

**ANSWER: My health insurance has paid for all of my medical care and treatment. I have CIGNA, Medicare, Medicaid and Florida Community Care.**

| | |
|---|---|
| **CIGNA**<br>**Post Office Box 20002**<br>**Nashville, TN 37202**<br>**Subrogation handled**<br>**by The Rawlings Company**<br>**Post Office Box 2000**<br>**Lagrange, KY 40031-2000**<br>**Reference#114008780** | **$55,466.92** |
| **Medicare**<br>**Post Office Box 138832**<br>**Oklahoma City, OK 73113**<br>**Reference#: 6TD2-TD2-UY29** | **$0** |
| **Medicaid**<br>**Post Office Box 12188**<br>**Tallahassee, FL 32317**<br>**Reference#787629** | **$0** |
| **Florida Community Care**<br>**Did not start until 4/1/2021**<br>**Post Office Box 261060**<br>**Miami, FL 33126**<br>**Reference#7498270153** | **still waiting on response** |

12. Describe each injury for which you are claiming damages in this case specifying the part of your body that was injured; the nature of the injury; and, as to any injuries you contendare permanent, the effects on you that you claim are permanent.

**ANSWER: Head/brain injury, subdural hematoma**

13. List each physician who has treated you and each medical facility where you have receivedany treatment for the injuries for which you seek damages in this case, giving the dates thatthe treatment was received and stating which of the injuries described in your answer to interrogatory 14 the treatment was rendered for.

**ANSWER:**

**Halifax Medical Center – Port Orange**

**Halifax Medical Center – Daytona**
**303 N. Clyde Morris Blvd.**
**Daytona Beach, FL 32117**

**Ormond Medical Arts**
**77 W. Granada Boulevard**
**Ormond Beach, FL 32174**

**Complete Health Ormond Beach**
**77 West Granada Boulevard**
**Ormond Beach, FL 32174**

**Port Orange Nursing & Rehabilitation**
**5600 Victoria Garden Boulevard**
**Port Orange, FL 32127**

**Integrated Home Care Services**
**2252 Commerce Park Drive**
**Suite 100**
**Orlando, FL 32819**

**Excellence Health – Dr. Husam Eddin**
**1630 Mason Avenue**
**Unit C**
**Daytona Beach, FL 32117**

**Twin Lakes Imaging**
**1890 LPGA Boulevard**
**Suite 110**
**Daytona Beach, FL 32117**

**UF Health Physicians – Dr. Tabitha Townsend**
**303 N. Clyde Morris Boulevard**
**Daytona Beach, FL 32114**

**Greystone Home Health**
**1704 Huntington Village Circle**
**Suite A**
**Daytona Beach, FL 32114**

**Omnicare of Central Florida**
**975 Florida Central Parkway**
**Suite 1800**
**Longwood, FL 32750**

**AdventHealth Imaging**
**335 Clyde Morris Blvd.**
**Suite 250**
**Ormond Beach, FL 32174**

**Brooks Rehabilitation**
**201 Clyde Morris Boulevard**
**Suite 320**
**Daytona Beach, FL 32114**

**County of Volusia EMS**
**112 Carswell Avenue**
**Holly Hill, FL 32117**

14. Do you intend to call any non-medical expert witnesses at the trial of this case? If so, identify each witness; describe his qualifications as an expert; state the subject matter uponwhich he is expected to testify; state the substance of the facts and opinions to which he isexpected to testify; and give a summary of the grounds for each opinion.

**ANSWER: Unknown at this time. Discovery is ongoing and all experts will be noticed in accordance with this Court's rules**

15. Do you intend to call any medical expert witnesses at the trial of this case? If so, identifyeach witness; describe his qualifications as an expert; state the subject

matter upon which he is expected to testify; state the substance of the facts and opinions to which he is expected to testify; and give a summary of the grounds for each opinion.

**ANSWER: Unknown at this time. Discovery is ongoing and all experts will be noticed in accordance with this Court's rules**

16. List the names, business addresses and business telephone numbers of all medical doctorsby whom, and all hospitals at which you have been examined and/or treated in the past 10years.

**ANSWER:**

**Island Doctors**
**1500 Beville Road**
**Suite 105**
**Daytona Beach, FL 32114**

**James Shoemaker, M.D.**
**Ormond Medical Arts**
**77 W. Granada Boulevard**
**Ormond Beach, FL 32174-6302**

**Monique Medina, PA-C**
**James Shoemaker, M.D.**
**Ormond Medical Arts**
**77 W. Granada Boulevard**
**Ormond Beach, FL 32174-6302**

**AdventHealth Daytona**
**301 Memorial Medical Parkway**
**Daytona Beach, FL 32117**

**Neo Genomics**
**AdventHealth Daytona**
**301 Memorial Medical Parkway**
**Daytona Beach, FL 32117**

**Florida Center Specialists**
**Paul Dodd, M.D.**
**325 Clyde Morris Boulevard**
**Suite 450**
**Ormond Beach, FL 32174**

**Ormond Medical Arts**

**77 W. Granada Boulevard**
**Ormond Beach, FL 32174-6302**

**AdventHealth Imaging**
**335 Clyde Morris Blvd.**
**Suite 250**
**Ormond Beach, FL 32174**

**Sanford H. Kinne, M.D.**
**290 Clyde Morris Blvd.**
**Suite A1**
**Ormond Beach, FL 32174**

**Bruce Rankin, D.O.**
**862 Peach wood Drive**
**Deland, FL 32720**

17. List the names, addresses, phone numbers and rate of pay for all employers for whom youhave worked in the past 5 years and indicate if you have returned to work since the accident,and if so, on what date.

**ANSWER: None. I am retired.**

18. Please state your Social Security number, date of birth and Driver's License number.

**ANSWER:**

**DOB:** **to be provided to opposing counsel**
**DLN:** **to be provided to opposing counsel**
**SS#:** **to be provided to opposing counsel**

19. Please state whether or not you have been involved in any accidents prior to or after the accident described in your Complaint and, if so, state the place of each of the said accidents,the date of each of the said accidents, any personal injuries that you may have received inany such accident, the name of each and every medical practitioner treating you or examining you for each of the said injuries.

**ANSWER: No**

20. Please state whether or not you have ever made a claim for personal injuries, and whether or not you have ever been involved in any lawsuit or workmen's compensation claim whichinvolved a claim for personal injuries either prior to or subsequent to the accident in question and, if so, state the nature of such lawsuit

or claim, the name and last known address of the parties to said lawsuit or claim, the court and address where such lawsuit orclaim was filed, if any, the date of such lawsuit or claim, and the disposition of said claimor lawsuit.

**ANSWER: No**

21. Have you or anyone acting on your behalf interviewed any individual or obtained a written or recorded statement concerning the incident? If so, for each individual state:

a. The name, address, and telephone number of the individual interviewed, orstatements received.

b. The date of the interview and whether said interview resulted in a written orrecorded statement from the individual interviewed.

c. The name, address, and telephone number of the person who conducted the interview.

**ANSWER: My attorney has spoken to my daughter, Elaine Velez.**

22. Identify all email address accounts and social networking accounts.

**ANSWER: None**

LYDIA LEBRON

STATE OF FLORIDA

COUNTY OF VOLUSIA

The foregoing instrument was acknowledged before me this 16 day of November, 2021 by LYDIA LEBRON, who is personally known to me or has produced DL as identification and did take an oath.

NOTARY PUBLIC

JANET ROBINSON
Commission # GG 168428
Expires January 31, 2022
Bonded Thru Budget Notary Services

(Printed Name of Notary)

Notary Public (Title or Rank)

Notary Public's Serial Number
Public's Serial Number