IN THE CIRCUIT COURT FOR THE SEVENTH JUDICIAL CIRCUIT,
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.:
DIVISION:

LYDIA LEBRON,

    Plaintiff,

vs.

CIRCLE K STORES, INC.

    Defendant.
_____/

## COMPLAINT

Plaintiff, LYDIA LEBRON, sues Defendant, CIRCLE K STORES, INC., and alleges:

1. This is an action for damages in excess of $30,0001.00, exclusive of interest, attorneys' fees, and costs.

2. Plaintiff, LYDIA LEBRON, is a resident of Daytona Beach, Volusia County, Florida.

3. Defendant, CIRCLE K STORES, INC., is a Foreign Profit Corporation, licensed and doing business in the State of Florida.

4. On or about October 13, 2020, Plaintiff, LYDIA LEBRON, was a business invitee at the CIRCLE K STORES, INC., located at 4040 S. Nova Rd., Port Orange, Volusia County Florida, when she slipped on a wet floor in the women's restroom and suffered serious bodily injuries in and about her person.

5. The Defendant, CIRCLE K STORE, INC., by and through its employees and agents had a duty to act with reasonable care and safety to avoid injury to persons in the position of the Plaintiff, LYDIA LEBRON, and to warn the Plaintiff of unsafe conditions on the premises.

6. The Defendant, CIRCLE K STORES, INC., negligently maintained the subject premises in a dangerous condition in one or more of the following ways:

    (a)    Allowing the wet floor to exist in an area where patrons were expected to be and were in fact walking to use the restroom;

    (b)    Failing to provide patrons, including the Plaintiff, LYDIA LEBRON, and those in the position of the Plaintiff, warning of the dangerous condition of the wet floor;

    (c)    Failing to correct a dangerous condition that occurred with regularity and was, therefore, foreseeable,

(d) Failing to place barricades, signs, or other markings to warn invitees of the dangerous condition that existed at the time of Plaintiff's fall,

(e) Failing to train its employees in the proper methods of inspecting for, cleaning up and/or warning about a dangerous condition that the Defendant knew was foreseeable.

7. CIRCLE K STORES, INC. either knew of the dangerous condition of the floor in the women's restroom or the condition existed for such a time or occurred with such regularity that CIRCLE K. STORES, INC. should have been aware of the condition.

8. As a result of the negligence of CIRCLE K STORES, INC., the Plaintiff, LYDIA LEBRON, sustained bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization medical and nursing care treatment, loss of earnings, loss of the ability to earn money, and/or aggravation of a pre-existing condition. The losses are either permanent or continuing and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, LYDIA LEBRON, demands judgment against the Defendant, CIRCLE K STORES, INC., for damages and demands a trial by jury.

RUE & ZIFFRA

*[signature]*

Edward S. Rue, Esquire
632 Dunlawton Avenue
Port Orange, FL 32127
(386) 788-7700
FBN: 0023232
Attorney for Plaintiff
Edr@rueziffra.com – Primary
Nicholen@rueziffra.com – Secondary